COOLEY LLP
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

TIANA DEMAS (admitted *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, Illinois 60606
Telephone:  +1 312 881 6500
Facsimile:  +1 312 881 6598

Attorneys for Defendant
ETHOS TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ETHOS TECHNOLOGIES INC. DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Case No. 3:22-CV-09203-SK<br><br>**ORDER GRANTING STIPULATION TO STAY OR EXTEND DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Having reviewed the concurrently-filed stipulation to stay or extend deadlines pending final approval of a class action settlement and the supporting declaration of Benjamin H. Kleine, the Court hereby grants the Parties' stipulated request.

IT IS HEREBY ORDERED that the case schedule is modified as follows:

1. The action (including all current deadlines, such as those associated with the Initial Case Management Conference) is stayed, except for the filing of the motion for preliminary approval, the motion for attorneys' fees, costs and service awards, and the motion for final approval of the settlement and any deadlines related thereto;

2. The Parties shall file the Motion for Preliminary Approval on or before June 15, 2023;

3. The Initial Case Management Conference presently scheduled for May 22, 2023 is CONTINUED to June 26, 2023. Upon the filing of their motion for preliminary approval, the Case Management Conference will be VACATED. If the parties fail to timely file their motion for preliminary approval, the parties shall file their joint case management statement by no later than June 20, 2023.

**IT IS SO ORDERED.**

Dated: May 10, 2023

*Sallie Kim*
The Honorable Sallie Kim
United States Magistrate Judge