UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ETHOS TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 22-cv-09203-SK<br><br>**ORDER REGARDING MOTION FOR FINAL APPROVAL AND ATTORNEYS' FEES**<br><br>Regarding Docket No. 42 |

In the Order granting the motion for preliminary approval of the class action settlement, the Court noted a deficiency in the parties' proposed short form notice. (Dkt. No. 42.) The Court explained that the proposed short notice inadequately explained the nature of the action as well as the issues, claims, and defenses, and further failed to explain that a class member may enter an appearance through an attorney. (*Id*.) The Court held that the parties needed to revise the short notice to cure these deficiencies. Upon review of the short notice sent out, it does not appear as though Plaintiffs made the required change.

Additionally, the Court held that the parties needed to revise their proposed settlement agreement to provide that Class Counsel shall be responsible for a post-distribution accounting of the Settlement Fund and that $50,000 of Class Counsel's approved fee shall be held pending submission of the post-distribution accounting. (*Id*.) Plaintiffs' motions did not address this requirement.

/ / /

/ / /

/ / /

/ / /

/ / /

1   By no later than February 2, 2024, Plaintiffs shall address these deficiencies and propose a
2   solution to remedy these deficiencies.
3   **IT IS SO ORDERED**.
4   Dated: January 23, 2024



SALLIE KIM
United States Magistrate Judge

2