UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEIN, et al., <br> Plaintiffs, <br> v. <br> ETHOS TECHNOLOGIES, INC., <br> Defendant. | Case No. 22-cv-09203-SK <br><br> **ORDER REQUIRING FURTHER NOTICE AND RESETTING HEARING** |

In the Order granting the motion for preliminary approval of the class action settlement, the Court noted a deficiency in the parties' proposed short form notice. (Dkt. No. 42.) The Court explained that the proposed short notice inadequately explained the nature of the action as well as the issues, claims, and defenses, and further failed to explain that a class member may enter an appearance through an attorney. (*Id.*) The Court held that the parties needed to revise the short notice to cure these deficiencies. However, Plaintiffs did not make the required change. (Dkt. No. 55.) The Court provided the parties with an opportunity to address this deficiency and to propose a solution. Plaintiffs proposed ignoring the deficiency, arguing that other notice was sufficient. (Dkt. No. 60.) Unfortunately, the Court already determined that the short form notice was deficient and needed to be cured but was not.

The Court finds that Plaintiffs must send a revised short form notice in compliance with the Court's Order. Additionally, the following dates and deadlines shall be extended:

1. Deadline to mail out revised short form notice: February 21, 2024;
2. Deadline to object or to opt-out: May 6, 2024;
3. Deadline to submit a claim: June 5, 2024;
4. Deadline to file supplemental support for final approval: June 28, 2024; and
5. Hearing on motion for final approval: August 5, 2024.

1   The website shall be updated before the revised short form notice is mailed out to reflect the revised schedule.  The short form notice shall adequately explain the nature of the action as well as the issues, claims, and defenses, and further explain that a class member may enter an appearance through an attorney.  Moreover, the short form notice shall provide notice of the revised schedule.  By no later than February 21, 2024, Plaintiffs shall also resend out the long form notice with the revised schedule.

By no later than June 28, 2024, Plaintiffs shall provide a supplemental declaration to inform the Court whether there were any additional claims filed or any additional objections or opt-outs, as well as the additional costs incurred in revising the website and sending out the revised notice.  These additional costs shall be deducted from the Plaintiffs' requested attorneys' fees and costs shall not impact the class members' recovery.

**IT IS SO ORDERED**.

Dated: February 6, 2024

_____
SALLIE KIM
United States Magistrate Judge